IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Vivian Nieves,<br>Plaintiff,<br><br>v.<br><br>Denis McDonough, et al.,<br>Defendants. | Civil No. 23-1460 (GLS) |

**PARTIAL JUDGMENT**

Per the Court's Opinion and Order at Docket No. 45, partial judgment is entered DISMISSING WITH PREJUDICE Plaintiff's claim of retaliation with respect to the June 5, 2023 event.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 27th day of March 2025.

                                                  s/Giselle López-Soler
                                                  GISELLE LÓPEZ-SOLER
                                                  United States Magistrate Judge