## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| Vivian Nieves, Plaintiff, <br><br> v. <br><br> Denis McDonough, et al., Defendants. | Civil No. 23-1460 (GLS) |

## JUDGMENT

Per the parties' Joint Stipulation for Voluntary Dismissal with Prejudice at Docket No. 150, all claims are **DISMISSED WITH PREJUDICE**. Each party to bear its own attorneys' fees, costs, and expenses. The Court retains jurisdiction to enforce the terms of payment of the settlement.

The case is now closed.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 29th day of July 2026.

s/Giselle López-Soler
GISELLE LÓPEZ-SOLER
United States Magistrate Judge